IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JONATHAN DORRIS**                                                                                          **PLAINTIFF**

v.                                              Case No. 1:10-cv-93-KGB

**TXD SERVICES, LP**                                                                                      **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on August 1, 2012, it is considered, ordered, and adjudged that this case is dismissed with prejudice.[1]

SO ORDERED this the 7th day of September, 2012.

_____
Kristine G. Baker
United States District Judge

---

[1]   The Court acknowledges that Federal Rule of Civil Procedure 58(a) requires that "[e]very judgment and amended judgment must be set out in a separate document" and acknowledges its oversight in entering final judgment. More than 30 days have elapsed since the Court issued its August 1, 2012 order granting summary judgment on all claims. A notice of appeal has been filed. Rule 4(a)(7)(B) of the Federal Rules of Appellate Procedure, as amended in 2002, provides: "A failure to set forth a judgment or order on a separate document when required by Federal Rule of Civil Procedure 58(a) does not affect the validity of an appeal from that judgment or order." The Court enters this judgment, however, to make certain the record in this matter is clear.