IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN DORRIS                                                                            PLAINTIFF

v.                                        Case No. 1:10-cv-93-KGB

TXD SERVICES, LP                                                                          DEFENDANT

## ORDER

Based on communications to the Court from counsel for both parties that this matter has settled, the Court dismisses with prejudice this action. The Court denies all pending motions as moot. The Court will retain jurisdiction over this matter for a period of 30 days from the date of this Order to enforce the terms of the settlement agreement.

SO ORDERED this 14th day of September, 2015.

_____
Kristine G. Baker
United States District Judge